Martha Boersch (State Bar No. 126569)
martha@boerschlaw.com
MARTHA BOERSCH, ATTORNEY AT LAW
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 217-3700

Attorney for Defendant
HAMID GHAZVINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR12-00660 CW |
| v. | **STIPULATION AND ORDER ALLOWING DEFENDANT TO TRAVEL FOR FAMILY EMERGENCY** |
| HAMID GHAZVINI, REZA NIKFAR, MING TAN, and THOMAS STEIBER, | |
| Defendants. | |

The United States, through undersigned Assistant United States Attorney Michelle Kane, and

the defendant, through undersigned counsel Martha Boersch, hereby agree and stipulate, with the

concurrence of Pretrial Services, that defendant Hamid Ghazvini may travel out of this district to

Sacramento, California, on February 23, 2013 through February 25, 2013.  Mr. Ghazvini will

coordinate with Pretrial Services and provide his itinerary to his Pretrial Services Officer before

departing.


Dated:  February 22, 2013                    */s/ Martha Boersch*
                                             MARTHA BOERSCH
                                             Attorney for Defendant Hamid Ghazvini


Dated:  February 22, 2013                    */s/ Michelle Kane*
                                             MICHELLE KANE
                                             Assistant United States Attorney

1    Based on the record herein and the stipulation of the parties:

2    IT IS SO ORDERED:

3    Dated:  February 22, 2013                    _____

4                                                 DONNA M. RYU
                                                  United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28