Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for THOMAS STEIBER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12-0660 CW (DMR) |
| Plaintiff, | **AMENDED STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |
| v. | |
| THOMAS STEIBER., | |
| Defendant. | |

## STIPULATION

Defendant Thomas Steiber, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Michelle Kane, hereby stipulate and agree as follows:

1. On September 26, 2012, the Court set conditions of release for defendant Thomas Steiber, one of which was a condition that he be released on a $200,000.00 cash bond.

2. The parties HEREBY STIPULATE that the conditions of Mr. Steiber's release be modified as follows:

    a. That $100,000.00 of the $200,000.00 cash bond currently securing Mr. Steiber's appearance be released by the Court (but only after Ms. Karen Steiber executes an appearance bond as provided in paragraph 3, below) in

1

order to permit Mr. Steiber to pay a portion of the restitution judgment that has been agreed to by the parties as part of Mr. Steiber's plea agreement.

    b. That Mr. Steiber's appearance be secured by (1) the remaining $100,000.00 cash bond; and (2) a $100,000.00 signature bond executed by Mr. Steiber's wife, Karen Steiber.

3. Karen Steiber will appear before Magistrate Judge Howard Lloyd to execute the appearance bond at 1:30 p.m. on Wednesday, September 4, 2013.

4. Pretrial Service Officer Kim Do has no objection to the proposed modification.

**IT IS SO STIPULATED.**

DATED: August 30, 2013

        /s/
MICHELLE KANE
Assistant United States Attorney

        /s/
EDWARD W. SWANSON
Swanson & McNamara LLP
Attorneys for THOMAS STEIBER

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 9/4/13

DONNA M. RYU
United States Magistrate Judge