1 MELINDA HAAG (CABN 132612)
United States Attorney

2

3 J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

5
    1301 Clay Street, Suite 340S
6     Oakland, California 94612
    Telephone: (510) 637-3680
7     FAX: (510) 637-3724
    michelle.kane3@usdoj.gov
8
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 12-00660 CW |
| Plaintiff, | STIPULATION AND ORDER SETTING CHANGE OF PLEA HEARING SEPTEMBER 16, 2013. |
| v. | Date: September 16, 2013 |
| HAMID GHAZVINI, | Time: 2:30 p.m. |
| Defendant. | Courtroom: Hon. Claudia Wilken |

STIP. AND [PROPOSED] ORDER
RE CHANGE OF PLEA
CR 12-660 CW

1  Defendant Hamid Ghazvini, by and through his retained counsel, and the United States
2  Attorney's Office for the Northern District of California, hereby stipulate and agree that this matter
3  should be set for change of plea before this Court on September 16, 2013, at 2:30 p.m. Mr. Ghazvini is
4  currently out of custody on pretrial supervision.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

Dated: September 10, 2013

/s/
MICHELLE J. KANE
Assistant United States Attorney

Dated: September 10, 2013

/s/
MARTHA BOERSCH
Attorney for Defendant Hamid Ghazvini

## ORDER

Based on the stipulation of the parties, the Court HEREBY ORDERS that the matter of *United States v. Hamid Ghazvini* shall be set for change of plea before this Court on September 16, 2013, at 2:30 p.m.

IT IS SO ORDERED.

DATED: 9/11/2013

CLAUDIA WILKEN
Chief United States District Judge

STIP. AND [PROPOSED] ORDER
RE CHANGE OF PLEA
CR 12-660 CW