MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   michelle.kane3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 12-00660 CW |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER RE PAYMENT OF |
| ) | CRIMINAL MONETARY PENALTIES INTO |
| v. ) | COURT REGISTRY BEFORE SENTENCING |
| ) | |
| HAMID GHAZVINI, ) | |
| ) | |
| Defendant. ) | |

The United States and defendant Hamid Ghazvini, by and through their respective counsel, hereby stipulate and agree as follows:

1. In the Plea Agreement entered on September 23, 2013, defendant Ghazvini agreed to pay $50,000 in restitution on entry of his guilty plea or within ten days of execution of the Plea Agreement.

2. In the Plea Agreement, defendant Ghazvini agreed to deposit the funds with the Clerk of the United States District Court.

//

STIP. AND [PROPOSED] ORDER
CR 12-660 CW

1 |       3. The parties therefore jointly request that the Court issue this Proposed Order authorizing the Clerk to accept defendant's restitution payment.

      IT IS SO STIPULATED.

Dated: September 25, 2013

                      MELINDA HAAG
                      United States Attorney

                      /s/
                      MICHELLE J. KANE
                      Assistant United States Attorney

Dated: September 25, 2013       /s/
                      MARTHA BOERSCH
                      Attorney for Defendant

## ORDER

The Court, having considered the Stipulation Regarding Payment of Criminal Monetary Penalties, which arises from the plea agreement entered in this case, the Stipulation having been executed by the United States and defendant's counsel, and good cause appearing, hereby ORDERS as follows:

      1. The Stipulation is approved; and

      2. The Clerk of Court for the Northern District of California shall accept from the defendant a check or money order in the amount of $50,000, made payable to "Clerk, United States District Court," and to hold such funds in the Clerk's Registry, including interest earned thereon, pending the further order of this Court.

      IT IS SO ORDERED.

Dated: 10/1/2013

                      CLAUDIA WILKEN
                      Chief United States District Judge