IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00660-03 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |
| v. | |
| MING TAN, | |
| Defendant. | |

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect. Accordingly,

Defendant Ming Tan's plea of guilty is accepted by the Court as to Count Seventeen (17) of the indictment charging Defendant Ming Tan with conspiracy to commit wire fraud in violation of 18 U.S.C. §§ 1343 and 1349. Sentencing is set for Monday, January 27, 2014, at 2:30 p.m. The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 10/7/2013

CLAUDIA WILKEN
United States District Judge

cc: KAW, MagRef