John M. Runfola, SBN 096058
Pier 9, Suite 100
San Francisco, CA 94111-1497
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
MING TAN

# UNITED STATES DISTRICT COURT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0660 CW |
| Plaintiff, | **STIPULATION AND ORDER RE PAYMENT OF CRIMINAL MONETARY PENALTIES INTO COURT REGISTRY BEFORE SENTENCING** |
| v. | |
| MING TAN | |
| Defendant. | |

Defendant Ming Tan, and the United States, by and through their respective counsel, hereby stipulate and agree as follows:

1. In the Plea Agreement entered on September 30, 2013, defendant Tan agreed to pay $50,000 in restitution on entry of his guilty plea or within ten days of execution of the Plea Agreement.

2. In the Plea Agreement, defendant Tan agreed to deposit the funds with the Clerk of the United States District Court.

3. Defendant Tan has deposited the full $182,683 in restitution with the Clerk of the United States District Court within ten days of execution of the Plea Agreement.

4. The parties therefore jointly request that the Court issue this Proposed Order authorizing the Clerk to accept defendant's full restitution payment.

IT IS SO STIPULATED.

DATED: _____10/18/13_____     _____/s/_____

JOHN M. RUFOLA
Attorney for MING TAN

DATED: _____10/18/13_____     _____/s/_____

MICHELLE KANE
Assistant United States Attorney

## ORDER

The Court, having considered the Stipulation Regarding Payment of Criminal Monetary

Penalties, which arises from the plea agreement entered in this case, the Stipulation having been

executed by the United States and defendant's counsel, and good cause appearing, hereby ORDERS

as follows:

1. The Stipulation is approved; and

2. The Clerk of Court for the Northern District of California shall accept from the defendant a

check or money order in the amount of $182,683, made payable to "Clerk, United States District

Court," and to hold such funds in the Clerk's Registry, including interest earned thereon, pending the

further order of this Court.

IT IS SO ORDERED

DATED: _____10/24/2013_____     _____

HONORABLE JUDGE CLAUDIA WILKEN
United States District Judge